IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TABITHA JORDAN, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 3:23-cv-03212-CRL-KLM ) |
| v. | ) Hon. District Judge Colleen R. Lawless ) |
| RICOLA USA, INC., | ) Hon. Magistrate Karen L. McNaught ) |
| Defendant. | ) ) ) ) |

**STIPULATION OF DISMISSAL**

WHEREAS, Defendant Ricola USA, Inc. ("Ricola") noticed the deposition of Plaintiff Tabitha Jordan ("Plaintiff") to commence on June 24, 2024 at 9:00 am CT, in light of the fact discovery cutoff of June 28, 2024 (Dkt. No. 12);

WHEREAS, at Plaintiff's counsel's request and representation that Plaintiff would be available, Ricola rescheduled the deposition to commence on June 28, 2024 at 5:00 pm CT;

WHEREAS, Plaintiff did not appear for her deposition at the agreed-upon time;

WHEREAS, Ricola incurred $445.00 in cancellation fees from the court reporting service, Thompson Court Reporters, Inc., as a result of this late cancellation;

WHEREAS, at Plaintiff's counsel's request and representation that Plaintiff would be available, Plaintiff's deposition was rescheduled to commence on July 2, 2024 at 5:30 pm CT;

WHEREAS, Plaintiff did not appear for her deposition at the second agreed-upon time and her counsel informed Ricola that she was again unavailable to proceed with the deposition;

WHEREAS, Ricola incurred further cancellation fees in the amount of $445.00 as a result of this cancellation;

WHEREAS, Plaintiff informed her counsel that she does not wish to proceed with this action;

WHEREAS, Plaintiff's counsel, Spencer Sheehan, volunteered to pay the $890.00 in cancellation fees to Sheppard Mullin Richter & Hampton LLP, counsel for Ricola, and did so;

WHEREFORE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), counsel for the Parties respectfully request that the Court enter an order dismissing Plaintiff's claims, with prejudice. With the exception of the above-referenced cancellation fees, Plaintiff and Ricola shall bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: July 12, 2024     By: */s/ Sascha Henry*

Sascha Henry (Cal. State Bar No. 191914)
Khirin A. Bunker (Cal. State Bar No. 329314)
Sheppard Mullin Richter & Hampton LLP
333 S. Hope St., 43rd Flr.
Los Angeles, CA 90071-1422
Telephone: (213) 620-1780
Facsimile: (213) 620-1398
Email: shenry@sheppardmullin.com
           kbunker@sheppardmullin.com

David M. Poell
Sheppard Mullin Richter & Hampton LLP
321 North Clark Street, 32nd Floor
Chicago, IL 60654
Telephone: (312) 499-6349
Facsimile: (312) 499-6301
E mail: dpoell@sheppardmullin.com

Paul Garrity
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
E mail: pgarrity@sheppardmullin.com

*Counsel for Defendant Ricola USA, Inc.*

By: */s/ Spencer Sheehan*
Sheehan & Associates, P.C.
Spencer Sheehan
spencer@spencersheehan.com
60 Cuttermill Rd Ste 412
Great Neck NY 11021
Tel: (516) 268-7080

*Counsel for Plaintiff Tabitha Jordan*

**IT IS SO ORDERED.**

Dated:  July __, 2024                                                                                              _____
                                                                                                                                        Hon. Colleen R. Lawless

## CERTIFICATE OF SERVICE

Sascha Henry, an attorney, hereby certifies that, on July 12, 2024 a copy of the foregoing document was filed via this Court's CM/ECF electronic filing system, which effects service on all counsel of record in this matter.

Dated:  July 12, 2024    Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:  /s/ *Sascha Henry*
　　　　　　　　　　　　　　　　　　Sascha Henry
　　　　　　　　　　　　　　　　　　*Counsel for Defendant Ricola USA, Inc.*